UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Jessica Baribeau; Jamie Jones, Kate Kibby, on her own behalf and as guardian for her minor brother Kyle Kibby; Raphi Rechitsky; Jake Sternberg; and Christian Utne,** | Civil No. 06-4953 (JNE / SRN) |
| **Plaintiffs,** | **ORDER** |
| v. | |
| **City of Minneapolis, Inspector Jane Harteau, Sgt. Tim Hoeppner, Sgt. E.T. Nelson, Sgt. John Billington, Sgt. D. Pommerenke, Sgt. Erica Christensen, Officer Tim Merkel, Officer Roderic Weber, Officer Sherry Appledorn, Officer Jeanine Brudenell, Officer Robert Greer, Officer Jane Roe (true name unknown), Officer John Doe (true name unknown),** | |
| **and** | |
| **County of Hennepin, Sean Kennedy, Becky Novotny, Sam Smith (true name unknown) and Officer Mary Jones (true name unknown),** | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 18, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (Doc. No. 3) is DENIED.

DATED: July 20, 2007.

                                                  s/ Joan N. Ericksen
                                                  Judge Joan N. Ericksen
                                                  United States District Court Judge