UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 06-4953 (JNE/SRN)

Jessica Baribeau; Jamie Jones; Kate Kibby,
on her own behalf and as guardian for her
minor brother Kyle Kibby; Raphi Rechitsky;
Jake Sternberg; and Christian Utne,

                Plaintiffs,

v.  **ORDER**

City of Minneapolis, Inspector Jane Harteau,
Sgt. Tim Hoeppner, Sgt. E.T. Nelson,
Sgt. John Billington, Sgt. D. Pommerenke,
Sgt. Erica Christensen, Officer Tim Merkel,
Officer Roderic Weber, Officer Sherry Appledorn,
Officer Jeanine Brudenell, Officer Robert Greer,
Officer Jane Roe (whose true name is unknown),
Officer John Doe (whose true name is unknown),

and

County of Hennepin, Sean Kennedy,
Becky Novotny, Sam Smith (whose true name is
unknown), and Officer Mary Jones (whose true
name is unknown),

                Defendants.

      This matter comes before the Court on a Stipulation of the parties to extend summary judgment filings.  Based on the parties' stipulation, the Court finds good cause for the extension and hereby orders that Plaintiff serve and file submissions in opposition to Defendants' motions for summary judgment on or before March 5, 2008, and Defendants may file their reply

submissions on or before March 13, 2008.

Dated: February 29, 2008	s/ Joan N. Ericksen
	Joan N. Ericksen
	United States District Judge